IN THE UNITED STATES COURT OF APPEALS FOR
THE THIRD CIRCUIT OF PENNSYLVANIA
[ EASTERN DISTRICT ]

JUSTIN HEARD,                          CIVIL ACTION
    Appellant                      No: 16-308

    v.

KEVIN RANSOM, Supt.,@
SCI-Dallas, et al.,
    Appellees

## NOTICE OF APPEAL

NOTICE, is hereby given that Justin Heard, pro se petitioner in the above referenced matter, hereby Appeals to the United States Third Circuit Court for Pennsylvania from an Order entered on December 7, 2021 denying petitioner's Application for a Writ of Habeas Corpus.

Respectfully submitted,

*/s/ Justin Heard* 12/19/21

Justin Heard
Pro se appellant
#HP-0080, SCI-Dallas
1000 Follies Road
Dallas, PA 18612-0286

CERTIFICATE OF SERVICE

I, Justin Heard, pro se appellant, do hereby certify that I caused to be served upon the persons and in the manner listed below one true and correct copy of the herein Notice of Appeal which satisfies the requirements of the law.

United States First Class Mail:

James A. Byrne, Esq.
U.S. Clerk of Courts
Eastern District of Penna.
United States Courthouse, Rm. 2609
601 Market Street
Philadelphia, PA 19106

Joshua Shapiro, Atty. Gen.
Attorney General's Offices
Strawberry Square, 16th Fl.
Harrisburg, PA 17120

/s/ _____  12/19/21
Pro se appellant

Justin Heard # HP-0080
SCI Dallas
1000 Follies Road
Dallas, PA. 18612-0286





RECEIVED
DEC 3 1 2021

Clerk of Court, ED PA
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA. 19106


U.S.M.S.

Legal Mail